IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| LANGEMAN MANUFACTURING LTD., *Plaintiff,* v. INDUSTRIAL TRIM, L.L.C., MARK WHITE, and JUANITA WHITE, *Defendants.* | CIVIL ACTION NO. 3:08-CV-421 DEMAND FOR JURY TRIAL |

**[PROPOSED ORDER] GRANTING JOINT MOTION TO DISMISS DEFENDANTS INDUSTRIAL TRIM, L.L.C., MARK WHITE AND JUANITA WHITE**

On this date came on to be considered the Joint Motion to Dismiss Defendants Industrial Trim, L.L.C., Mark White and Juanita White, without prejudice. The Court is of the opinion that the motion should be GRANTED.

It is therefore ORDERED that all claims against Defendants Industrial Trim, L.L.C., Mark White and Juanita White be dismissed without prejudice.

So ordered this the 5th day of November, 2008.

_____
United States District Court Judge